DOMENICK YODICE, Respondent, v. AMERICAN EXPORT LINES, Appellant.— Motion to direct respondent to accept proposed case on appeal granted. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

NATHAN FABER, Appellant, v. CHARLOTTE S. WEISS, Respondent, and PHILIP FABER, Defendant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. SHEA, Appellant.— An application having been made by the district attorney for an adjournment, and the defendant appearing and not opposing, the time of defendant to argue the case is enlarged to the March term. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

JOE COHEN, Appellant, v. HETTY COHEN, Respondent.— Motion to stay appellant from proceeding with appeal denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of MARION N. FISHER for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of EDWARD M. FREEMAN for Admission to the Bar. (From the State of Colorado.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of PAUL E. HADLICK for Admission to the Bar. (From the State of Minnesota.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of CLIVE C. HANDY for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Writ of Habeas Corpus of ISIDORE RABINOWITZ, Petitioner, Directed to WILBUR J. KENNEDY, Respondent.— Motion to stay execution of warrant of extradition granted upon condition that appellant perfect the appeal for Friday, February thirteenth (for which day the case is ordered on the calendar), and upon the further condition that appellant furnish, forthwith, a bail bond, with corporate surety, in the sum of $1,000; otherwise, motion denied and appellant remanded. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ROSE M. PALMER, Appellant, and LILLIAN PALMER BERNSTEIN, Respondent, v. ROTARY REALTY Co., INC., and Others, Respondents.— Motion to dismiss appeal denied. Present — Young, Hagarty, Scudder and Tompkins, JJ.

L. C. L. Co., INC., Appellant, v. BOHACK REALTY CORPORATION, Respondent.— Motion for stay granted to the extent of restraining interference with the main Belgian block roadway, the railroad spur as far as the western part of the leased property, and from entering into or intruding upon the leased property. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ. Settle order on notice.